JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HANIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DAIMLER AG AND MERCEDES-BENZ USA, LLC,<br><br>    Defendants. | Case No. CV 18-858-DMG (JPRx)<br><br>**JUDGMENT** |

  On November 9, 2018, the Court granted a motion for summary judgment filed by Defendants Daimler AG and Mercedes-Benz USA, LLC. Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered against Plaintiff Sharon Hanian and in favor of Defendants Daimler AG and Mercedes-Benz USA, LLC.

DATED: November 9, 2018

                    _____
                    DOLLY M. GEE
                    UNITED STATES DISTRICT JUDGE