UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HANIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAIMLER AG; MERCEDES-BENZ; DOES 1 and DOES 2 THROUGH 30, inclusive,<br><br>　　　　Defendants. | Case No.: CV 18-858-DMG (JPRx)<br><br>**AMENDED JUDGMENT [48]** |

**WHEREAS,** on November 9, 2018, the Court granted the motion for summary judgment filed by defendants Daimler AG and Mercedes-Benz USA, LLC ("Defendants").

**WHEREAS,** the Court entered Judgment against Plaintiff Sharon Hanian and in favor of Defendants on November 9, 2018 (Doc. #40).

**WHEREAS,** Defendants submitted their Cost Bill (Doc. #41), and the Clerk's office reduced it to $4,228.34 (Doc. #47).

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants and against Plaintiff Sharon Hanian.

Plaintiff Sharon Hanian shall recover nothing. Defendants Daimler AG and Mercedes-Benz USA, LLC shall recover their costs in the amount of $4,228.34.

**IT IS SO ORDERED.**

DATED: February 5, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE